# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**KEITH CARROLL,**

      **Plaintiff,**

  v.

                                            **Action No. 4:18cv23**

**ESCALANTE GOLF, INC., d/b/a**
**KINGSMILL RESORTS,**

      **Defendant.**

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came for decision before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this Court Grants the Defendant's Motion to Dismiss. Accordingly, this matter is hereby DISMISSED without prejudice.

DATED:  6/26/18                                        FERNANDO GALINDO, Clerk

                                                                          By       /s/      
                                                                           J. Jones, Deputy Clerk